IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:98-cr-00038-3 |
| v. | ) | |
| | ) | Judge Nixon |
| MILTON WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Milton Williams's Joint Motion to Continue Sentencing Hearing ("Motion") (Doc. No. 4039), filed with an Affidavit of Mr. Williams's counsel, G. Kerry Haymaker (Doc. No. 4039-1), in which counsel states that both he and counsel for the Government have scheduling conflicts on the date of Mr. Williams's sentencing hearing, currently set for April 14, 2014 . (Doc. No. 4039-1 at 1.) Mr. Haymaker therefore requests a continuance of the hearing. (Doc. No. 4039.) Upon consideration, the Court **GRANTS** Mr. Williams's Motion and **CONTINUES** the sentencing hearing in this case to **May 1, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 11th day of April, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT